FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 17 2008

DAVID J. MALAND, CLERK
BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOFPOOL, LLC | § § | |
| vs. | § § | CASE NO. 2:07-CV-097 |
| INTEX RECREATION CORP. | § | |

### VERDICT FORM

QUESTION NO. 1:

Do you find by a preponderance of the evidence that the defendant infringes the claim of the '546 patent ("the '546 Round Pool patent")?

Answer "Yes" or "No."

Answer: __No__

QUESTION NO. 2:

Do you find by a preponderance of the evidence that the defendant infringes the claim of the '817 patent ("the '817 Oval Pool patent")?

Answer "Yes" or "No."

Answer: __NO__

If you have answered "Yes" to either Question No. 1 or Question No. 2, then answer the following Question. Otherwise, do not answer the following Question. Proceed instead to Question No. 4.

QUESTION NO. 3:

Do you find by clear and convincing evidence that such infringement of the '546 Round Pool patent was willful?

Answer "Yes" or "No."

Answer: _____

Do you find by clear and convincing evidence that such infringement of the '817 Oval Pool patent was willful?

Answer "Yes" or "No."

Answer: _____

QUESTION NO. 4:

Do you find by clear and convincing evidence that the claim of the '817 Oval Pool patent is invalid because it is obvious?

Answer "Yes" or "No."

Answer:   **NO**

If you answered "Yes" to either Question No. 1 or Question No. 2, then answer the following Questions. Otherwise, do not answer the following Questions. The jury foreperson should instead sign and date the Verdict Form and return it to the Security Officer.

QUESTION NO. 5:

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate the plaintiff for the defendant's total profits for any infringement you have found?

Answer in dollars and cents, if any, for the defendant's total profits gained from its infringement of the '546 Round Pool patent.

Answer: _____

Answer in dollars and cents, if any, for the defendant's total profits gained from its infringement of the '817 Oval Pool patent.

Answer: _____

QUESTION NO. 6:

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate the plaintiff as a reasonable royalty for any infringement you have found?

Answer in dollars and cents, if any, for a reasonable royalty on the '546 Round Pool Patent.

Answer: _____

Answer in dollars and cents, if any, for a reasonable royalty on the '817 Oval Pool Patent.

Answer: _____

Signed this 17th day of April, 2008.